# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Dee Arlise Childrous**

vs.

Birkel, C.M.T.; Cletus Shaw, Correctional Lieutenant; and Correctional Medical Doctor Kurian

Case Number:   **07-1047**

**DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** judgment is hereby entered in favor of the defendants and against the plaintiff pursuant to Fed. R. Civ. P. 56. The parties are to bear their own costs.

ENTER this 22nd day of September, 2008

PAMELA E. ROBINSON, CLERK

s/M. Bailey
BY:  DEPUTY CLERK