# United States District Court

CENTRAL DISTRICT OF ILLINOIS

**Dee Arlise Childrous**

    vs.                                             Case Number:   **07-1047**

**Birkel, et al.**

## ORDER

     Pursuant to the **10/29/09** mandate, in appellate case number **09-2448**, from the United States Court of Appeals, Seventh Circuit **[80]**, the agency having custody of the plaintiff, **Dee Arlise Childrous,** is directed to remit the appellate docketing fee of $455 from his prison trust fund account if such funds are available. If he does not have $455 in his account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the Clerk of Court each time the plaintiff's account exceeds $10 until the statutory appeal fee of $455 is paid in its entirety. The United States Court of Appeals is notified, via a copy of this order.

ENTERED this 2nd day of November, 2009

                                                      _s/Harold A. Baker___
                                                     HAROLD A. BAKER
                                                     U.S. District Judge